IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary Green,                                    :
                                               :
              Plaintiff(s),                     :
                                               :   Case Number: 1:11cv522
       vs.                                      :
                                               :   Chief Judge Susan J. Dlott
Commissioner of Social Security,                :
                                               :
              Defendant(s).                     :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 5, 2012 a Report and Recommendation (Doc. 13).  Subsequently, the plaintiff filed objections to such Report and Recommendation.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, Defendant's decision is found to be **SUPPORTED BY SUBSTANTIAL EVIDENCE,** and is **AFFIRMED.**  This case is **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.


            ___s/Susan J. Dlott_____
            Chief Judge Susan J. Dlott
            United States District Court