IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Mary Green, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:11cv522 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant(s). | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . defendant's decision is found to be SUPPORTED BY SUBSTANTIAL EVIDENCE and is AFFIRMED.  This case is TERMINATED from the docket of this Court.

8/29/12                                                                                    JAMES BONINI, CLERK


                                                                          S/William Miller
                                                                          Deputy Clerk